884 F.2d 1383
 Lewis (Vivian D., Cpt.)
v.
New Jersey Dept. of Health, Coye (Molly Jole, M.D.), N.J.
Dept. of Defense, Miske (Howard, Lt. Col.), Sap (Paulette
Cpt.), Haas (Michael J.), Dag, Poff (Pamela), Director, Div.
of Civ. Rights, Mc Keow Alj (Daniel), Parker (Ronald),
Monyer (William R.)Caruso (Thomas), Colosimo (Frederico),
Duffy (Gerda), Estate of Kirsh (David)
 NO. 88-5908
 United States Court of Appeals,
Third Circuit.
 AUG 15, 1989
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.